UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PHYLLIS SMITH,

  Plaintiff,

                                  CASE NO.:  3:18-CV-449-CSC

-vs-

DITECH FINANCIAL, LLC,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Phyllis Smith, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                */s/Frank H. Kerney, III, Esquire*
                                Frank H. Kerney, III, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record on this 10th day of July, 2018.

                                */s/Frank H. Kerney, III, Esquire*
                                Frank H. Kerney, III, Esquire
                                Florida Bar #: 88672
                                *Admitted Pro Hac Vice*
                                Morgan & Morgan, Tampa, P.A.
                                One Tampa City Center
                                201 North Franklin Street, 7th Floor
                                Tampa, FL 33602
                                Telephone: (813) 223-5505
                                Facsimile:  (813) 223-5402
                                fkerney@forthepeople.com
                                snazario@forthepeople.com

lrobbins@forthepeople.com
*Counsel for Plaintiff*