**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 6, 2018

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Smith v. Ditech Financial, LLC
     Civil Action No. 3:18-cv-00449-WKW

Pursuant to the Notice of Voluntary Dismissal (document # 14) filed by Plaintiff Phyllis Smith on 8/6/2018 and Fed. R. Civ. P. 41(a)(1)(A)(i), this case is closed with prejudice without an order of the court.